Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

JS-6

Attorneys for PLAINTIFF

MICHAEL L. MALLOW (SBN 188745)
mmallow@sidley.com
Livia M. Kiser (SBN 285411)
lkiser@sidley.com
SHAWN K. COLLINS (SBN 248294)
scollins@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  213 896-6000
Facsimile:   213 896-6600

Attorneys for Defendant
SUBARU OF AMERICA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATHLEEN O'NEILL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 2:16-cv-02774-R<br><br>Assigned to: Hon. Manuel L. Real<br><br>**ORDER CONFIRMING STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE MEMBERS OF THE PROPOSED CLASSES PURSUANT TO RULE 41(A)(1)(A)(ii)**<br><br>Complaint Filed:  April 22, 2016<br>Trial Date:  None scheduled |

**ORDER CONFIRMING STIPULATION OF VOLUNTARY DISMISSAL**

## ORDER OF VOLUNTARY DISMISSAL

Pursuant to Stipulation of the parties appearing in this matter, it is hereby ordered that Case No. 2:16-cv-02774-R is dismissed with prejudice as to Plaintiff Kathleen O'Neill and without prejudice as to the members of the proposed classes pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: October 3, 2016

Honorable Manuel L. Real